In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00006-CR
_____

**DWIGHT JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 16-26483**

**MEMORANDUM OPINION**

On December 6, 2017, the trial court sentenced Dwight Johnson on a conviction for failure to register as a sex offender. Johnson filed a notice of appeal on December 17, 2017. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On January 24, 2018, we notified the parties that we would dismiss the appeal unless

1

the appellant established grounds for continuing the appeal. The appellant has not filed a response that establishes that the trial court's certification should be amended. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 27, 2018
Opinion Delivered February 28, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.